Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ETHEL M. AUSTIN SLOAN

# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ETHEL M. AUSTIN SLOAN, | ) | **Case No.: 2:09-cv-02016-ECV** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | ) | |
| SCS COLLECTION SERVICES, | ) | |
| Defendant. | ) | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ETHEL M. AUSTIN SLOAN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: November 4, 2009                    KROHN & MOSS, LTD.


                                           By:/s/ Ryan Lee

                                           Ryan Lee, Esq.

                                           Attorneys for Plaintiff,
                                           ETHEL M. AUSTIN SLOAN